```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MYKAYLA FAGNANI, on behalf of herself and
all other persons similarly situated,

                        Plaintiff,

      -against-

EIGHT SLEEP INC.,

                        Defendant.
-------------------------------------------------------------X

25-CV-01656 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On June 3, 2025, the Court granted Defendant's motion to extend time to answer or otherwise respond to Plaintiff's complaint. ECF No. 12. Defendant was ordered to answer or otherwise respond to the complaint by July 7, 2025. Nothing has been filed. Defendant is ORDERED to answer or otherwise respond to the complaint no later than July 14, 2025.

SO ORDERED.

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    July 9, 2025
               New York, New York