```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MYKAYLA FAGNANI, on behalf of herself and
all other persons similarly situated,

                              Plaintiff,

      -against-

EIGHT SLEEP INC.,

                            Defendant.

-----------------------------------------------------------------X

25-CV-01656 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The parties have informed the Court that they have reached a settlement agreement, and Plaintiff intends to dismiss this case. Plaintiff has been unable to file the notice of dismissal due to difficulties with the Electronic Court Filing ("ECF") System. Plaintiff is directed to contact the ECF Help Desk at (212) 805-0800. The parties shall file a stipulation of dismissal by July 31, 2025.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     July 23, 2025
               New York, New York