UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

MYKAYLA FAGNANI, ON BEHALF
OF HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

EIGHT SLEEP INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-1656

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, EIGHT SLEEP INC.

Dated:   New York, New York
           July 7, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
Dale E. Ho, United States District Court Judge
Dated: July 31, 2025
New York, New York